RECEIVED
MAR - 7 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Shirley Williams

)
)
)
)
)
)
)

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

State of MO.
Wedgewood Neighborhood Association
St. Louis County Police Dept.

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Silent Hate Crime, trespassing, Destruction of Property, Trying to take my Home + property. Large amount of damage to grounds + inside my House.

II. Plaintiff, SHIRLEY Williams resides at 3003 Aberdeen Drive, Florissant, St. Louis
street address / city / county

MO, 63033, 314-299-4844
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, _____ lives at, or its business is located at

_____, _____, _____,
street address / city / county

_____, _____.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V. Relief: State briefly and exactly what you want the Court to do for you.

_____
_____
_____
_____
_____
_____
_____

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]     NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____
_____

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of March, 2016

Shirley Williams
Signature of Plaintiff(s)

4